# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

**FILED**

**MAR 0 6 2008**

DAVID CREWS, CLERK
By _Jeanne Broterson_
                    Deputy

_A.D. Mills_

**Plaintiff**

v.

_M.D.O.C._
_The State Commissioner_

**Defendant**

CASE NO. _4:08cv27-A-B_

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

   A. Legal name: _A.D. Mills Jr._

   B. Name under which sentenced: _A.D. Mills Jr._

   C. Inmate identification number: _K4561_

   D. Plaintiff's mailing address (street or post office box number, city, state, ZIP): _Unit-32-A-Bldg Parchman, Ms. 38738_

   E. Place of confinement: _M.D.O.C. at Parchman_

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

   Name: _Christopher Epps_

   Title (Superintendent, Sheriff, etc.): _Commissioner_

   Defendant's mailing address (street or post office box number, city, state, ZIP): _723 N. President St. Jackson, Ms. 39202_

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 2

Name: *LOLA Nelson*

Title (Superintendent, Sheriff, etc.): *Lt. & Disciplinary Chair-person*

Defendant's mailing address (street or post office. box number, city, state, ZIP) *M.D.O.C.*
*ParchmaN, Ms. 38738*

Name: *Gloria Ivy*

Title (Superintendent, Sheriff, etc.): *Case Manager*

Defendant's mailing address (street or post office box number, city, state, ZIP) *M.D.O.C.*
*Parchman, Ms. 38738*

Name: *Timothy Morris*

Title (Superintendent, Sheriff, etc.): *Warden*

Defendant's mailing address (street or post office box number, city, state, ZIP) *M.D.O.C.*

(If additional Defendants are named, provide on separates sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2.)

3.  Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?     ☐ Yes     ☑ No

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper; clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s): _____

    Defendant(s): _____

    B. Court: _____     C. Docket No.: _____

    D. Judge's Name: _____     E. Date suit filed: _____

    F. Date decided: _____     G. Result (affirmed, reversed, etc.): _____

5.  Is there a prisoner grievance procedure or system in the place of your confinement?     ☑ Yes     ☐ No

6.  If "Yes," did you present to the grievance system **the same facts and issues** you allege in this complaint? (See question 9, below).     ☑ Yes     ☐ No

7.  If you checked "Yes" in Question 6, answer the following questions:

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☑ Yes  ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☑ Yes  ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

ON 9-24-07 I Talked To Warden Morris in unit 32 Holding Tank, And Told him about the situation in which I was accused of taking a pack of Cigarettes, and PIO from An officer placed in Adm Seg, Stripped (Property Restriction) did'nt See nor receive An R.V.R. Warden Morris said he saw one So I started talking to him about policy, and he acknowledged, and I started the grievances then About me being denied due process Also

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.

In the instance I spoke of in C-above Warden Morris told Me To write the disciplinary chairperson, and explain to her what I told him he said Something was'nt right About it (the R.V.R.) I do that go to disciplinary on 10-14-07 over the 2 day limit in Policy found guilty Appealed my 1st step, 2nd step, third Step Also "SEE" D-continued which shall serve As An EXhibit-Key for proof of responses, and filings As also dates to such filings:

D- Continued

# EXibit - Key

1) EXibits - A - B - C are Dates the ARP Lady Brought me All responses to my Appeal filings

2) EXibit - D is my response to All the denials I was handed down

3) EXibits E, F, & G are the Dates, and persons that denied me responses, and denials

4) Exibit H is certificate

5.) EXIBIT - I Property Restriction receipt

6.) EXibit - J my copy of Detention notice

7.) EXibit - K Motion To Show Cause filing:

8.) EXibit - L Answer by Judge of show Cause motion

40. A

(Exhibit - A)

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP Number MSP - 07 - 3185

Date: 11/14/07

Received By: _____    Number: _____
              Inmate

Witness: _____    Title: _____
          Name

_____ Form ARP-1 - Offender's relief request form

_____ Form ARP-2 - First step response

_____ Form ARP-3 - 2nd step response

_____ Form ARP-4 - 3rd step response

_____ 5-Day Extension

_____ Step Two Denial / Step Three Denial

_____ Certificate

_____ Other

2nd page of this receipt is to be returned to the Legal Claims Adjudicator to become part of Inmate ARP# file.

**OFFENDER'S ORIGINAL**

41. A

*Exibit B*

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
### Administrative Remedy Program

ARP Number _MSP_ - _07_ - _3185_

Date: _12/11/07_

Received By: _____   _K4561_
      Inmate                     Number

Witness: _____   _____
      Name                       Title

_____ Form ARP-1 - Offender's relief request form

_____ Form ARP-2 - First step response

_____ Form ARP-3 - 2nd step response

_____ Form ARP-4 - 3rd step response

_____ 5-Day Extension

_____ Step Two Denial / Step Three Denial

_____ Certificate

_____ Other

2nd page of this receipt is to be returned to the Legal Claims Adjudicator to become part of Inmate ARP# file.

## OFFENDER'S ORIGINAL

53 A

Exib. + - C

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

ARP Number _____ MSP _ 07 _ 3185 _____

Date: _2/12/08_

Received By: _____  _K4561_
          Inmate                                    Number

Witness: _____  _I/A_
          Name                                    Title

_____ Form ARP-1 - Offender's relief request form

_____ Form ARP-2 - First step response

_____ Form ARP-3 - 2nd step response

_____ Form ARP-4 - 3rd step response

_____ 5-Day Extension

_____ Step Two Denial / Step Three Denial

_____ Certificate

_____ Other

2nd page of this receipt is to be returned to the Legal Claims Adjudicator to become part of Inmate ARP# file.

## OFFENDER'S ORIGINAL

Case: 4:08-cv-00027-SA-EMB Doc #: 1 Filed: 03/06/08 8 of 29 PageID #: 8

ND Miss. Form P3, Complaint Challenging Conditions of Confinement (4/00)                                    PAGE 4

> **Special Note:** Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8.    If you checked "No" in Question 6, explain why you did not use the grievance procedures or system:

_____

_____

_____

_____

_____

9.    Write below, as briefly as possible, the **facts** of your case. Describe how **each** Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. Attach additional pages only if necessary; label attached pages as being continuations of Question 9.

On 9-22-07 I was locked down an stripped serched in which I was stripped of the little property I had (property restriction) placed in Adm seg after an officer to Travel A.O. Shavers pointed me out and said that's him he got my cigarettes and $10 I don't care about the $10 I just want my cigarettes this took place in Unit 32-A-Bldg B-Zone Tier 1 I was in cell 62 cut me a detention notice on the 23ed of September 2007 watch Commander Cpt Porter did; sent me to C-Bldg on the Death row Tier Tier 2 A-Zone on the 24th day of September which was a Monday I was transfered back to A-Bldg after I talked to Warden Morris in the holding Tank;

ND MISS. FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 5

As also placed behind a steel door
cell 15 tier 1 A-Zone:

10. State **briefly** exactly what you want the court to do for you. Do not make legal arguments. Do
not cite legal authority.

I would ask this honorable Court To
review the Exibits to show that I
Exhausted my grievance & Administrative Aven-
ues enabling me to bring forth these
Claims before this Court I was deprived
of a liberty interest being the fact that
I'm an innocent man in prison fighting
my Case through the Court I can't
make Calls at the proper moment To get
Support to help expose my illegal Conviction
or the fact that it hindered me being able
to get B-Custody so that I could apply for
a Hardship transfer close to home my parents
get around, but they are up there in age
I want to be Close So they won't have to drive
Far. I would like an evidentiary hearing Conducted
So I could present, and explain Facts, and Remedy I seek:
(SEE 10 Cont.)

This Complaint was executed at (location):   M.D.O.C. Parchman Unit-32-A

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 3-3-08

Plaintiff's Signature

# 10 Continued

I would like for this Honorable Court to set a date, and time for this Matter to be heard so that the proof can be presented for purposes to show this Court this action is not frivolous or malicious in hopes that my relief seeking to have R.V.R. # 786017 dismissed from my file, and all Court Cost, and fees be assessed to Defendant in this action

X: _____
plaintiff Signature

# Certificate of Service

I _A. D. Mills_ have caused to be mailed a True, and Correct Copy of a **42 USC § 1983** Complaint to the below Said this _3rd_ day of _March_, _2008_

x_____
Signature

Ms. Margarett Winters
A.C.L.U.
P.O. Box 2242
Jackson, Ms. 39225

U.S. District Court
Pro Se Law Clerk
Northen District
P.O. Box 704
Aberdeen, Ms. 39730

Jim Norris / Possible
Attorney for Defendant
M.D.O.C. Parchman
Parchman, Ms. 38738

Jim Norris
Shall present
Copies to Defendants
in this Action:

14⁰⁰
25

**FORM ARP-1**

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

NUMBER MSP __ 07 __ 3185.

## OFFENDER'S RELIEF REQUEST FORM

Exibit - D

Type or use ball-point pen.

TO: _Lt. Lela Nelson_          Area H
First Step Respondent          Location

FROM: _Q.D. Mills  # K 4561_          32A
Offender's Name and Number          Housing Unit

_____
Date of Incident

☒ ACCEPTED. This request comes to you from the Legal Claims Adjudicator. See the attached request from the offender. Please return your response to this office within 10 days of this date.

❑ REJECTED. Your request has been rejected for the following reason(s):

_10·30·07_          _N. D. RR_
Date          Legal Claims Adjudicator

---

**SECOND STEP** (Pink Copies)

On _11-14-07_ (date), I received a written response to my First Step request. I am not satisfied with this response because _The Disciplinary chair-person LaLa Nelson denied my request simply because she stated I presented no new evidence which I did, and so she did not even address my claims nor said was I afforded my disciplinary Rights & procedures_

Therefore, I am commencing the Second Step by sending the pink copy of this form (ARP-1), the pink copy of the First Step response (ARP-2), to the Superintendent. This request must reach the Superintendent's office within 5 days of my receiving the First Step response.

_11-19-07_          _Q.D. Mills_
Date          Signature

---

**THIRD STEP** (Light Yellow Copies)

On _12-11-07_ (date), I received a written response to my Second Step request. I am not satisfied with this response because _Lawrence Kelly failed to investigate my claims or who-ever that handles these pre-worded responses I presented new evidence "SEE" Continued_

I am commencing the Third Step by sending the light yellow copy of this form and the light yellow copies of my First and Second responses, to the Commissioner. This request must be sent within 5 days of my receiving the Second Step response.

_12-17-07_          _Q.D. Mills_
Date          Signature

---

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

**OFFENDER'S ORIGINAL**

FORM ARP-2

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

NUMBER _MSP_ - _07_ - _3185_

# FIRST STEP RESPONSE FORM

(EXib. 7 - E)

Type or use ball point pen. You must return your response to the Legal Claims Adjudicator within 10 days
of the date the request was initiated.

TO: _U. D. Mills # K4561_      _32A_

Housing Unit

Offender's Name and Number

FROM: _Lola Nelson_      _CS/032_

Person to whom 1st Step is Directed      Title/Location

_Your request on RVR 786017 for violating
rule 8 is denied, there is no new evidence
to support your claim._

_11-8-07_

Date        Signature

---

If you are not satisfied with this response, you may go to STEP 2 by filling out the second step section of
Form ARP-1 and sending the pink copies of ARP-1 and ARP-2 to the Superintendent. It must be received in
the Superintendent's office within 5 days of the date of this response.

**INSTRUCTIONS TO RESPONDENT:** Send original along with STEP 3 and STEP 2 copies to the Legal
Claims Adjudicator. Keep Respondent's copy. **NOTE:** A copy of all documents referenced in the response
must be attached and returned to the Legal Claims Adjudicator.

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

**OFFENDER'S ORIGINAL**

**FORM ARP-3**

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

NUMBER  MSP – 07 – 3185

# SECOND STEP RESPONSE FORM
### (SUPERINTENDENT)

*(Exibit – F)*

Type or use ball point pen. You must respond to the offender within 25 days of receipt of the offender's request.

TO: _____ A.D. MILLS #K4561 _____          _____ 32-A _____
          Offender's Name and Number                    Housing Unit

FROM: _____ LAWRENCE KELLY _____          _____ MSP _____
          Superintendent                              Institution

Your request for Administrative Remedy concerning your appeal of RVR #786017, entitled "Stealing," was received in our office on November 26, 2007, and has been investigated by the Administrative Remedy Program.

Disciplinary staff heard your RVR and you were found guilty of the specific charges against you. Our investigation determined that all due process requirements were met and all applicable policies and procedures were followed. Therefore, since you have presented no new evidence or testimony, which effects the decision of being found guilty by the Disciplinary Department, your request for appeal is denied.

_____ 12/5/07 _____          _____ Lawrence Kelly _____
          Date                              Superintendent's Signature

If you are not satisfied with this response, you may go to STEP 3 by filling out the third step section of ARP-1 and sending the light yellow copies of ARP-1, ARP-2, AND ARP-3 to the Commissioner, Mississippi Department of Corrections. These forms must reach his office within 5 days of the date of this response. *NC*

**INSTRUCTIONS TO SUPERINTENDENT:** Send original and STEP 3 copy to the inmate. Keep Superintendent's Copy.

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

**OFFENDER'S ORIGINAL**

FORM ARP-4

## MISSISSIPPI DEPARTMENT OF CORRECTIONS

NUMBER ___MSP___ – ___07___ – ___3185___

# THIRD STEP RESPONSE FORM
### (COMMISSIONER)

*EXib, 7 – B*

You must respond to the OFFENDER within 40 days of receipt of the appeal of the STEP 2 Response.

TO: **A. D. Mills #K4561**                           **MSP**
_____          _____
Offender's Name and Number                    Housing Unit

---

Your request for Administrative Remedy involves a complaint to the effect that you have been improperly determined to be guilty of RVR #786017.

The staff of the Administrative Remedy Program has received and investigated your grievance and the following determination has been made:

You were afforded the opportunity to testify at a Disciplinary Hearing and to call witnesses to testify in your behalf. All due process of law requirements were met and all applicable policies and procedures were followed.

The Disciplinary Officer made a determination of guilty based upon a consideration of all the testimony and documentary evidence.

Therefore, based upon the facts outlined above, your request for further relief is hereby denied.

_____1/23/08_____                    _Christopher B Epps_
Date                                       Signature

---

**INSTRUCTIONS TO OFFENDER:** This original is for you to keep.

**IF YOU ARE NOT SATISFIED WITH THIS RESPONSE, YOU MAY WITHIN THIRTY (30) DAYS AFTER RECEIPT OF THIS DECISION, SEEK JUDICIAL REVIEW.**

**OFFENDERS ORIGINAL**

(Exib. 4 - H)

# CERTIFICATE

Re: ARP#___MSP-07-3185_____        CLASS:_____RVR_____

Inmate states that RVR #786017 should be expunged from his file. However, he has _____

failed to provide sufficient evidence to support his claim._____

_____

_____

_____

_____

This document is to certify that Inmate_____A. D. Mills_____

MSP#_____K4561_____, has fulfilled the requirements of the administrative

Remedy Program and is eligible to see judicial review within 30 days of

receipt of the Third Step Response.

A copy of the Third Step Response Form must be attached to this

certificate in order to file in either State or Federal Court.

This, the ___23rd____ day of ___January_____, 2008.

_Tracey L. Sanders_____
 Tracey Sanders, Administrator
 Administrative Remedy Program


_____        _____

Inmate's Signature and Inmate Number                Date Received

*EXib.t - I*

## PROPERTY RESTRICTION

**Offender's Name:** A. D Mills      **MDOC#** K4561

**START DATE:** 9/22/07      **END DATE:** 9/25/07

**EXTENDED DATE**_____    **END DATE:**_____

| ITEM | AMOUNT | COMMENT |
|---|---|---|
| Bath Towels | 1 | |
| Face Towels | 1 | |
| Work Shirts | | |
| Tee Shirts | | |
| Socks | 1 pair | |
| Under Shorts | | |
| Pants | 2 | |
| Sheets | 2 | |
| Blankets | | |
| Pillow | | |
| Mattress | | |
| Laundry Bag | 1 | |
| Coat | | |
| List Personal Property | | |
| mail | 2 bag | |
| Chess pieces | 1 bag | |
| Ramen noodle | 4 | |
| bible | 2 | |
| Shower shoe | 1 pair | |
| Books | 7 | |
| magazine | 4 | |
| Legal mail | 4 packets | |
| envelops | 5 | |

When placing an offender on property restriction the above form must be completed and the offender's property placed in a secure area in the building.

**Offender's Signature:**_____   **Date:**_____

**Officer's Signature:** *Capt. O'Bannon*   **Date:** 9/22/07
Confiscating Officer

**Offender's Signature:**_____   **Date:**_____

**Officer's Signature:**_____   **Date:**_____
Issuing Officer

Exhibit-J

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**DETENTION NOTICE**

**PART I**

DATE _4-23-07_ TIME _1330_

INMATE NAME _A.D. Mills_    DOC # _K4561_

PRESENT UNIT ASSIGNMENT _32 alpha B-Zone T-1 cell #62_ TO _32 charlie A zone T-2 cell #3_

REASON FOR APPLICATION _Adm. Seg Pending Disciplinary Action_

FACTS _On Sep 22, 2007, at approximately 305 hrs offender A.D. Mills #K4561 did leak into officer M.D. Shands pant pocket + stole a pack of Cigarette + ten dollars. Offender Mills is bing placed on Adm Seg pending disciplinary action._

_Anthony Potts_
Signature of Applying Authority

_Commander_
Position

**PART II**

**TO BE READ TO ALL INMATES BY THE INSTITUTIONAL WATCH COMMANDER BEFORE BEING PLACED IN DETENTION!**

(1) You have the right to be provided written notice of charges or reason for detention (2) You have the right to call witnesses (3) You have the right to present written statement(s) (4) If the above involves a rule violation report(s), you have the right to have these incident(s) investigated by an investigating employee from the Disciplinary Department. (5) If a major violation, you have the right to counsel when you have been formally charged. You will meet a Classification Committee within 72 working hours. If you need more time, you have to request that time from the Classification Committee Chairperson in writing.

**I HAVE RECEIVED A COPY OF THIS NOTICE:**

_X A.M._
Inmate Signature

DATE _4-23-07_ TIME _1620_

Check if inmate refused ( )

_Anthony Potts_
Signature of Approving Authority

Signature of Authority Witnessing Inmate's Refusal of Service

Position

**PART III**

DATE OF HEARING _____ TIME _____

NAME OF WITNESSES:

     AUTHORITY      INMATE

**PART IV**

**FINDINGS OF CLASSIFICATION TEAM (72 HOUR REVIEW)**

Signature of Team Chairman

cc: 1st Copy   Records
     2nd Copy   Inmate
     3rd Copy   Area Case Manager Supervisor
     4th Copy   Area Case Manager Supervisor / Case Manager
     5th Copy   Area Case Manager Supervisor / Unit Administrator
     6th Copy   Area Case Manager for Inmate

To: The Circuit Court Clerk of
Sunflower County

Copy

Mrs. Sharon McFadden
P.O. Box 576
Indianola, Ms. 38751

Enclosed is an original, and 3 copies
of Motion To show Cause, and it's
Attachments of Certificate of Service, and
Affidavit of Poverty for Filing in your
usual Manar, and for you To please
return A copy stamped "Filed" of said Motion
with Cause Number: Thank you

Exibit - K

Respectfully Submitted
By:
A. D. Mills K4561
Unit - 32 - A - Bldg
Parchman, Ms. 38738

1 of 9

In The Circuit Court of
Sunflower County

. . . . . .
. A.D. Mills .                    ⟶        Petitioner
. . . . . .

      V.                                   Cause #_____

. . . . . . . .
. M.D.O.C./State .
.      of       .                 ⟶        Respondents
.  Mississippi  .
. . . . . . . .

## NOTICE OF MOTION

Comes now the above named petitioner
in the above style, and Numbered cause
As a [pro'se] litigant, and bring on For
hearing this petition for An order to
Show cause to be heard at A time, and
place to be set by this Honorable Court:

                              Respectfully Submitted
                                    By
                              A. Mills K4561
                              Unit -32-A- Bldg
                              Parchman, Ms. 38738

This __3rd__ day of __December__, '07.

In The Circuit Court OF
SunFlower County

A.D. Mills ⟶ Petitioner

V.

Cause #_____

M.D.O.C./State OF Mississippi ⟶ Respondents

## Motion To Show Cause

Comes now The above named petitioner for order to show Cause, and filed the said Motion to show cause into this Honorable Court, and would Show To wit the Following:

### I

Petitioner is an Inmate at (M.D.O.C.) Parchman; As a result From An "Illegal" Conviction in Madison County Mississippi. Petitioner is not Attacking His "Illegal" Conviction, but that of only A Matter I was negated with-in this M.D.O.C. institution by state Authority(s):

3 OF 9

## II

Petitioner on the date of **10-14-07** was Found guilty for "Stealing" on that Date I had been in administrative Segregation behind the steel door(s) pending disciplinary action 21 days from open C-Custody The Disciplinary Chair-person Took **30** days Canteen as punishment for her finding me guilty of the R.V.R. The Disciplinary chair-person name is Lt. LoLa Nelson: a couple Days After-ward Case Manager IVY with-out no-one re**Q**ues**T**ing me to be **R**EClassified added up my points by an implemented Point system, and told me my score is **44** points which is D-Custody So she Reclassified me from C to D Custody I said I had **44** points when you Classified, and sent me to open C-Custody She Stated by you being found guilty of the R.V.R. I'm Reducing your Custody. Honorable Court Since the implementation of this point system I have been restricted access to it as other Inmates, and no-one will explain to me how it fully operates, but in this instant Situation it turned into a double edge Sword that

4 of 9

CUT OFF My rights of the 5th and 14th amendment of the **U.S.** Constitution, the right to be protected from Double Jeopardy, and the Right to **Due Process:** My Right to be protected from Double Jeopardy Occured when **Case MANAGER IVY** Reclassified Me TO -D- Custody which was a punishment for being found guilty of **R.V.R.** 786017, and Said I'd remain behind the Steal Door for **6** Month's when Disciplinary Took 30 days Canteen as punishment: **Case MANAGER IVY** did this in violation of **S.O.P.** Number 22-01-01 Line 300 through 322 which states: <u>The Following</u> <u>Acts of violence and/or disturbance or any other</u> <u>unlawful act will cause an offender to be reclassified</u> <u>to "D" Custody Status:</u> Murder, Hostage Taking, Sexual Assault, Manufactoring, possessing or smuggling firearms, explosives, and incendiary or poisonous gas devices, Escape, Arson, organizing, instigating or Causing a riot, Extortion, drug distribution, assaulting others with an instrument Capable of Causing bodily harm, Having been found guilty of repeated Rule Violation Report (RVR) Infractions involving violence or threats of violence, Disrupting the orderly running of the institution (i.e., Multiple refusals to work), Having been identified as a Member of A Security Threat Group, a constant threat to the physical Safety of other offenders or Staff, participation in any gang-related Assault, Failure to Comply with the Agency's grooming policy, Exhibiting behavior and/or actions which Constitute a threat to the integrity of an investigation:

My Due Process Rights were violated when I wasn't even notified 48 hours prior to the hearing it was sprung on me, and I was not fully prepared, and when I attended the Hearing I was handed a classification sheet to sign Case Manager Ivy violated S.O.P. Number 22-01-01 Line 124 through 128 States: Request for reclassification of offenders will be initiated through assigned Case Manager. Written policy, procedure, and practice require that unless precluded for security or other substantial reasons, all inmates appear at their Classification hearing and are given notice 48 hours prior to the hearing; such notice may be waived by the inmate in writing [4-4302] under S.O.P. Number 22-01-01 Due Process "MUST" be ensured as it States: When an offender is reduced from a less restrictive Custody to a more restrictive Custody, "C" or "D" Custody, "due process" MUST be ensured: Your Honorable Court I discussed this deviation of policy, and procedures with the Case Manager ("Ivy") Warden Morris, and Deputy Commissioner E.L. Sparkman in which the latter two named acknowledged, and were well versed in policy, and said it wasn't supposed to happen, but when I asked them to Correct it neither acted upon my request which aided the injustice when they retain the power to correct it. Under S.O.P. Number 01-01-01

6 OF 9

Compliance and Accountability at line 39 through 41 States: All personnel will be held accountable for their Compliance with **All** M.D.O.C. policies, procedures and forms. Any deviation from policies, procedures, and Forms will be Cause for disciplinary action to include, but not be limited to, termination: Petitioner prays that this Honorable Court will grant this petition, And enter an order requiring Respondents whom are Case Manager **Ivy**, Deputy Commissioner **E.L. Sparkman**, and Warden **Morris** by, and through their Counsel whom retains knowledge of the above named **Respondents** location to show Cause, and See this Matter for an Evidentiary alternative. Petitioner prays this Court enter an order granting respondents A set time to return Petitioner back to a Lesser restrictive custody (open-c), and reprimand the respondents As this Court deems necessary for Failure to Comply with procedures, and policies or Any other relief this Honorable Court deems to be just, and Proper under the Facts, and Circumstances of this Cause:


Respectfully Submitted
By
Pro'Se Litigant

## AFFidavit oF PoverTy

I __A.D.Mills__ declare under penalty of perjury my oath that because of my poverty I'm unable to pay any cost this Court Could impose for said Motion to Show Cause, and that by same oath declare that every-thing contained in and through-out Motion is True, and Correct In Good Faith I pray is well taken:

Respectfully
A.D. Mills K4561

The Above personally appeared before me Sworn To and Subscribed before me

This __3RD__ day of December, 2007



NoTAry Public

8 oF 9

## Certificate of Service

This is To Certify that I have Caused this day to be mailed, via U.S. Mail Postage Pre-paid because of my poverty through Inmate legal assistance program a True, and Correct Copy(s) to the below Following:

Ms. Sharon McFadden
SunFlower County Circuit
Court Clerk
P.O. Box 576
Indianola, Ms. 38751

Jim Norris
Counsel For Respondents
Parchman, Ms. 38738

Nsombi Lambright
ACLU oF Mississippi
P.O. Box 2242
Jackson, Ms. 39225

Respectfully:
A.D. Mills K4561
Unit-32-A-Bldg
Parchman, Ms. 38738

9 oF 9

(EXIBIT - L)

**IN THE CIRCUIT COURT OF SUNFLOWER COUNTY, MISSISSIPPI**

A.D. MILLS                                                    PETITIONER

VS.                                          CAUSE NO. 2007-0136-M

M.D.O.C., ET AL                                          RESPONDENTS

<u>ORDER DISMISSING PETITION FOR AN ORDER TO SHOW CAUSE</u>

COMES NOW, before this Court, this Petition for an Order to Show Cause, and this Court having reviewed this matter and being fully advised in the premises does hereby FIND, ORDER AND ADJUDGE as follows:

### A. FACT IDENTIFICATION:

1. Petitioner was issued a Rule Violation Report and has alleged that the Respondents did not comply with policy at the issuance and hearing of the RVR.

2. Petitioner has filed this petition seeking to have the RVR removed from his record and his classification restored.

### B. LAW DECLARATION AND APPLICATION:

3. This Court has stated many times that it lacks jurisdiction to act as an appellate court for the appeal of an RVR absent any Constitutional violation. See <u>Carson v. Hargett</u>, 689 So.2d 753, 755 (Miss. 1996).

4. Having reviewed this matter, this Court finds no due process violations, nor any reason why this Court should further review the actions of the Disciplinary Committee.

5. Further, prisoners have no constitutionally protected liberty or property interest per se in their classification assignments under the Due Process Clause. <u>Carson v. Hargett</u>, 689

So.2d 753, 755 (Miss. 1996). Classification assignment is an administrative task with which a court should not interfere unless there is evidence that discrimination or arbitrariness occurred in the process. Id.

### D. CONCLUSION:

IT IS, THEREFORE, ORDERED AND ADJUDGED AS FOLLOWS:

A. This Court finds no Constitutional violations in the RVR issued to Petitioner; as such, this Court has no authority to grant the relief requested.

B. This Court finds no reason to further review the action of the Respondents in this matter.

C. Therefore, this Court hereby denies the relief requested and hereby dismisses this cause with prejudice.

SO ORDERED, this the _2nd_ day of ~~December, 2007.~~ January, 2008

Richard A. Smith
Circuit Court Judge

**FILED**

JAN 0 3 2008

SHARON MCFADDEN
CIRCUIT CLERK
By_____ D.C.

UnB 415
pg 518-519